1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

LIZZIE L. EVANS,

8

Plaintiff,

9

v.

C14-1370 TSZ

10

CATOLYN COLVIN, Acting
Commissioner of Social Security,

ORDER

11

12

Defendants.

13

14    By Minute Order dated March 24, 2015, docket no. 11, the Court directed plaintiff

15  to show cause why this action should not be dismissed pursuant to Federal Rule of Civil

16  Procedure 4(m) for failure to timely serve the complaint upon defendant.   Subsequently,

17  by minute orders dated April 13, 2015, docket no. 13, and April 16, 2015, docket no. 15,

18  the Court directed plaintiff to file proof that the complaint had been served upon

19  defendant in the manner required by Federal Rule of Civil Procedure 4(i).

20    Plaintiff, having failed to show cause for not timely serving defendant and having

21  failed to file proof of service consistent with Rule 4(i) as directed by the Court, this

22  action is hereby DISMISSED without prejudice.

23

ORDER - 1

1    IT IS SO ORDERED.

2    Dated this 30th day of July, 2015.

3

4    _____

5    Thomas S. Zilly
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2